1  AARON D. FORD
    Attorney General
2  GERRI LYNN HARDCASTLE
    Deputy Attorney General, Bar No. 13142
3  State of Nevada
    Public Safety Division
4  100 N. Carson Street
    Carson City, NV  89701-4717
5  Tel: 775-684-1134
    Email: ghardcastle@ag.nv.gov
6
   *Attorneys for Defendants*
7  *Jackson Hardy, William Holbert,*
   *And Tim Robinson*

FILED ___ RECEIVED ___
ENTERED ___ SERVED ON ___
COUNSEL/PARTIES OF RECORD

JUN 28 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ORDER

RODNEY DAVIS,

            Plaintiff,

v.

ROBINSON, et al.,

            Defendants.

Case No. 3:15-cv-00607-MMD-CBC

**DEFENDANT'S MOTION TO CONTINUE SETTLEMENT CONFERENCE**

Defendants, Jackson Hardy, William Holbert, and Tim Robinson, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Gerri Lynn Hardcastle, Deputy Attorney General, hereby move this Court to continue the settlement conference currently scheduled for 9:00 a.m. on July 11, 2019.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    INTRODUCTION**

This is a *pro se* inmate civil rights action brought pursuant to 42 U.S.C. § 1983. ECF No. 15 at 1. Plaintiff, Rodney Davis ("Plaintiff"), is an inmate in the lawful custody of the Nevada Department of Corrections ("NDOC"). *Id.* He alleges violations of his rights under the Eighth Amendment to the U.S. Constitution and claims that Defendants used excessive force against him. *Id.* at 4. Defendants in this action are Hardy, Holbert, and Robison (collectively, "Defendants"). *Id.* at 7.

On June 13, 2019, this Honorable Court scheduled a settlement conference for 9:00 a.m. on July 11, 2019. ECF No. 70 at 1. Counsel unfortunately neglected to recall that she had a preexisting

1

settlement conference for the same date and time in another matter. *See Coleman v. Robinson, et al.*, Docket No. 3:17-cv-00310-MMD-WGC, ECF No. 38 at 1. Accordingly, Defendants respectfully request this Court continue the settlement conference in this matter.

## II. DISCUSSION

### A. This Court is authorized to continue the settlement conference.

District courts have inherent power to control their dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Oliva v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992). A motion for a continuance of any pre-trial matter should be granted for good cause. FED. R. CIV. P. 16(b)(4).

### B. Good cause exists to continue the settlement conference.

Good cause exists to continue the settlement conference based on the scheduling conflict. As previously stated, counsel has a preexisting settlement conference scheduled for 9:00 a.m., on July 11, 2019. Counsel regrets that she did not recall this conflict while before the Court for hearing, and counsel apologizes for the inconvenience caused by her error. Nonetheless, counsel cannot be in two places at one time and therefore needs this conference rescheduled. Counsel will be unable to appear for a settlement conference on the following dates:

- Tuesday, July 9, 2019 (in the afternoon);
- Thursday, July 11, 2019 (in the morning);
- Tuesday, July 16, 2019 (in the afternoon);
- Monday, July 22, 2019 (in the afternoon);
- Tuesday, July 23, 2019 (all day);
- Thursday, July 25 to Friday, July 26, 2019 (all day, both days);
- Wednesday, July 31, 2019 (in the morning);
- Monday, August 5, 2019 (in the morning);
- Monday, August 12, 2019 (for the entire week due to trial);
- Thursday, August 22, 2019 (in the afternoon); and
- Monday, September 9, 2019 (for the entire week due to trial).

///

Moreover, Nancy Katafias, the State Tort Claims Fund Manager, is unavailable for a settlement conference at any time on the following dates:

- Thursday, July 11, 2019;
- Friday, July 12, 2019;
- Tuesday, July 16 to Friday, July 19, 2019;
- Tuesday, July 23, 2019;
- Friday, July 26, 2019;
- Tuesday, July 30 to Wednesday, July 31, 2019;
- Thursday, August 1 to Friday, August 2, 2019;
- Tuesday, August 6, 2019; and
- Friday, August 9, 2019.

Defendants make this request in good faith, solely for the reasons herein stated, and Defendants do not anticipate that the requested continuance will unfairly prejudice Plaintiff.

### III. CONCLUSION

Because good cause exists to continue the settlement conference, Defendants respectfully request that this Court continue the settlement conference scheduled for 9:00 a.m. on Thursday, July 11, 2019.

DATED this 17th day of June, 2019.

AARON D. FORD
Attorney General

By: _____
GERRI LYNN HARDCASTLE, Bar No. 13142
Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: 6/28/2019

3