UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| RODNEY DAVIS, | ) | 3:15-CV-0607-MMD-CBC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | September 10, 2019 |
| ROBINSON, et al., | ) | |
| Defendants. | ) | |

PRESENT: <u>THE HONORABLE CARLA BALDWIN CARRY</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>LISA MANN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has failed to respond to defendants' motion to vacate settlement conference (ECF No. 76). Failure to file an opposition constitutes a consent to granting the motion. Local Rule 7-2(d). Therefore, defendants' motion to vacate settlement conference (ECF No. 76) is **GRANTED**.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: <u>         /s/         </u>
   Deputy Clerk